**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 11-1852**

─────────────

JESSE JAMES JETER,

        Plaintiff - Appellant,

    v.

PALMETTO HEALTH, d/b/a Palmetto Health Internal Medicine
Center,

        Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Cameron McGowan Currie, District
Judge.  (3:10-cv-02832-CMC-JRM)

─────────────

Submitted:  October 13, 2011      Decided:  October 17, 2011

─────────────

Before SHEDD, AGEE, and WYNN, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Jesse James Jeter, Appellant Pro Se.  Barbara A. Chesley,
Shelton Webber Haile, Mason Abram Summers, RICHARDSON, PLOWDEN &
ROBINSON, PA, Columbia, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jesse James Jeter seeks to appeal the district court's order adopting the magistrate judge's recommendation and denying his motion for entry of default judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order that Jeter seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2